6/27/14 9:20AM

B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Western District of Virginia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**IBCS Mining, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**26-2228425** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**944 Glen Wood Station Ln. Ste 101**<br>**Charlottesville, VA**<br>ZIP Code **22901** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Charlottesville Ci** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **IBCS Mining, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: **IBCS Mining, Inc. Kentucky Division** | Case Number: | Date Filed: |
| District: **Western District of Virginia** | Relationship: **Affiliate** | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  **X**_____  Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

6/27/14  9:20AM

**B1 (Official Form 1)(04/13)** **Page 3**

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **IBCS Mining, Inc.** |
|---|---|

**Signatures**

## Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

## Signature of Attorney*

**X** **/s/ Robert S. Westermann**
Signature of Attorney for Debtor(s)

**Robert S. Westermann 43294**
Printed Name of Attorney for Debtor(s)

**Hirschler Fleischer, P.C.**
Firm Name

**The Edgeworth Building**
**P.O. Box 500**
**Richmond, VA 23218-0500**

Address

**Email: rmcburney@hf-law.com**
**804-771-9500  Fax: 804-644-0957**
Telephone Number

**June 27, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

## Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Edmund Scarborough**
Signature of Authorized Individual

**Edmund Scarborough**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 27, 2014**
Date

## Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

## Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

6/27/14 9:20AM

**B4 (Official Form 4) (12/07)**

# United States Bankruptcy Court
## Western District of Virginia

In re  **IBCS Mining, Inc.**  Case No.

Debtor(s)  Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Crushers & Screens LLC<br>PO Box 708<br>Siler City, NC 27344 | American Crushers & Screens LLC<br>PO Box 708<br>Siler City, NC 27344 | | | 154,978.15 |
| BB&T Bank<br>BB&T Item Processing Center<br>PO Box 580048<br>Charlotte, NC 28258-0048 | BB&T Bank<br>BB&T Item Processing Center<br>PO Box 580048<br>Charlotte, NC 28258-0048 | | | 108,523.80 |
| Contracting Enterprise, Inc.<br>PO Box 1013<br>Pound, VA 24279 | Contracting Enterprise, Inc.<br>PO Box 1013<br>Pound, VA 24279 | | | 234,029.43 |
| Duane Morris, LLP<br>Attn: Payment Processing<br>30 South 17th Street<br>Philadelphia, PA 19103-4196 | Duane Morris, LLP<br>Attn: Payment Processing<br>30 South 17th Street<br>Philadelphia, PA 19103-4196 | | | 65,840.00 |
| Edmund and Yvonne Scarborough<br>6850 CR 544 East<br>Haines City, FL 33845 | Edmund and Yvonne Scarborough<br>6850 CR 544 East<br>Haines City, FL 33845 | | | 64,361.11 |
| Environmental Design Consultants<br>43 Village Street<br>Pikeville, KY 41501-3266 | Environmental Design Consultants<br>43 Village Street<br>Pikeville, KY 41501-3266 | | | 57,175.02 |
| First Citizens Bank<br>2101 Dominion Dr<br>Charlottesville, VA 22901 | First Citizens Bank<br>2101 Dominion Dr<br>Charlottesville, VA 22901 | | | 51,762.08 |
| Holland & Knight LLP<br>PO Box 864084<br>Orlando, FL 32886-4084 | Holland & Knight LLP<br>PO Box 864084<br>Orlando, FL 32886-4084 | | | 393,588.51 |
| J&S Consulting, LLC<br>49695 State Hwy 194 East<br>Majestic, KY 41547 | J&S Consulting, LLC<br>49695 State Hwy 194 East<br>Majestic, KY 41547 | | | 86,579.59 |
| James River Equipment<br>98 Expo Rd<br>Fishersville, VA 22939 | James River Equipment<br>98 Expo Rd<br>Fishersville, VA 22939 | | | 98,351.26 |

B4 (Official Form 4) (12/07) - Cont.

In re   **IBCS Mining, Inc.**                                                                 Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **John Deere Financial PO Box 4450 Carol Stream, IL 60197-4450** | **John Deere Financial PO Box 4450 Carol Stream, IL 60197-4450** | | | **721,139.16** |
| **KDS Contracting PO Box 832 Allen, KY 41601** | **KDS Contracting PO Box 832 Allen, KY 41601** | | | **170,067.50** |
| **Michie Hamlett PO BOX 298 Charlottesville, VA 22902** | **Michie Hamlett PO BOX 298 Charlottesville, VA 22902** | | | **65,420.03** |
| **MR Coal Marketing & Trading, LLC Attn: Lance Meyer 5 Greenway Plaza, Suite 810 Houston, TX 77046** | **MR Coal Marketing & Trading, LLC Attn: Lance Meyer 5 Greenway Plaza, Suite 810 Houston, TX 77046** | | | **97,131.16** |
| **Norshield Security Products, LLC c/o Richard E Hagerty 1850 Towers Crescent Plaza, Ste 500 Vienna, VA 22182** | **Norshield Security Products, LLC c/o Richard E Hagerty 1850 Towers Crescent Plaza, Ste 500 Vienna, VA 22182** | **Confessed Judgment** | | **290,582.05** |
| **People's United Equipment Finance PO Box 181 Brattleboro, VT 05302-0181** | **People's United Equipment Finance PO Box 181 Brattleboro, VT 05302-0181** | | | **148,212.50** |
| **Powerscreen Mid-Atlantic PO Box 2505 Kernersville, NC 27285-2505** | **Powerscreen Mid-Atlantic PO Box 2505 Kernersville, NC 27285-2505** | | | **56,282.53** |
| **Robert Crick Law Firm PLLC 421 W. Riverside Ave., Suite 1555 Spokane, WA 99201** | **Robert Crick Law Firm PLLC 421 W. Riverside Ave., Suite 1555 Spokane, WA 99201** | | | **55,600.14** |
| **Summit Engineering, Inc. 131 Summit Drive Pikeville, KY 41501** | **Summit Engineering, Inc. 131 Summit Drive Pikeville, KY 41501** | | | **63,227.59** |
| **Willis of Tennessee, Inc. P.O. Box 905601 Charlotte, NC 28290-5601** | **Willis of Tennessee, Inc. P.O. Box 905601 Charlotte, NC 28290-5601** | | | **76,444.67** |

6/27/14 9:20AM

**B4 (Official Form 4) (12/07) - Cont.**
In re  **IBCS Mining, Inc.**                                                     Case No.
                                           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 27, 2014**                           Signature  **/s/ Edmund Scarborough**
                                                             **Edmund Scarborough**
                                                             **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

IBCS Mining, Inc. -

ADAMS & GARTH, INC.
PO BOX 6506
CHARLOTTESVILLE, VA 22906

ADT SECURITY SERVICES
PO BOX 371956
PITTSBURGH, PA 15250-7967

ALLIANCE CONSULTING, INC.
PO BOX 1352
PRINCETON, WV 24740

AMERICAN CRUSHERS & SCREENS LLC
PO BOX 708
SILER CITY, NC 27344

AMERICAN FACTORS CORP.
PO BOX 677517
DALLAS, TX 75267-7517

AMERICAN FIRST AID
PO BOX 3035
PIKEVILLE, KY 41502

APPALACHIAN BUILDING SERVICES
9980 BENT BRANCH ROAD
PIKEVILLE, KY 41501

ATLAS COPCO CUSTOMER FIN. USA, LLC
PO BOX 200894
PITTSBURGH, PA 15251-0894

BB&T BANK
BB&T ITEM PROCESSING CENTER
PO BOX 580048
CHARLOTTE, NC 28258-0048

BEACON EQUIPMENT LEASING LLC
715 INDENEER DRIVE
KERNERSVILLE, NC 27284

BIRKHEAD ROSZAK FULTON ECHELBERGER
1928 ARLINGTON BLVD. SUITE 300
CHARLOTTESVILLE, VA 22903

IBCS Mining, Inc. -

BOWLES RICE MCDAVID GRAFF & LOVE
PO BOX 1386
CHARLESTON, WV 25325-1386

BRANCH BANKING & TRUST
1425 SEMINOLE TRAIL
CHARLOTTESVILLE, VA 22901

BUSY BEE SEPTIC SYSTEMS
5258 ZEBULON HIGHWAY
PIKEVILLE, KY 41501

CARNEY BADLEY SPELLMAN
701 5TH AVE
SEATTLE, WA 98104

CENTURY LINK
PO BOX 4786
MONROE, LA 71211

CGS HOLDINGS, LLC
121 N POST OAK LN
HOUSTON, TX 77024

CONNIE SOULEYRETTE
393 BAYBERRY WAY
CHARLOTTESVILLE, VA 22911

CONTRACTING ENTERPRISE, INC.
PO BOX 1013
POUND, VA 24279

CT CORPORATION
PO BX 4349
CAROL STREAM, IL 60197-4349

DOCS TRANSPORT, MERVIN TACKETT DBA
PO BOX 325
KIMPER, KY 41539

DOVE AND ASSOCIATES, P.C.
292 S. MAIN ST. SUITE 600
ALPHARETTA, GA 30004

IBCS Mining, Inc. -

DUANE MORRIS, LLP
ATTN: PAYMENT PROCESSING
30 SOUTH 17TH STREET
PHILADELPHIA, PA 19103-4196

EDMUND AND YVONNE  SCARBOROUGH
6850 CR 544 EAST
HAINES CITY, FL 33845

EDMUND SCARBOROUGH
6850 CR 544 EAST
HAINES CITY, FL 33845

EDMUND SCARBOROUGH
6850 CR 544 EAST
HAINES CITY, FL 33845

EDMUND SCARBOROUGH
6850 CR 544 EAST
HAINES CITY, FL 33845

EDMUND SCARBOROUGH
6850 CR 544 EAST
HAINES CITY, FL 33845

EDMUND SCARBOROUGH
6850 CR 544 EAST
HAINES CITY, FL 33845

ENVIRONMENTAL DESIGN CONSULTANTS
43 VILLAGE STREET
PIKEVILLE, KY 41501-3266

ERIEZ
2200 ASBURY ROAD
ERIE, PA 16506-1440

FEDEX
PO BOX 371461
PITTSBURGH, PA 15250-7461

FIRST CITIZENS BANK
2101 DOMINION DR
CHARLOTTESVILLE, VA 22901

IBCS Mining, Inc. -

FIRST CITIZENS BANK
2101 DOMINION DR
CHARLOTTESVILLE, VA 22901

HELIX COMPUTER SYSTEMS, INC.
2401 HYDRAULIC ROAD
CHARLOTTESVILLE, VA 22901

HOLLAND & KNIGHT LLP
PO BOX 864084
ORLANDO, FL 32886-4084

HOLLAND CONTRACTING CORPORATION
1400 SOUTH 4TH STREET
FOREST CITY, IA 50436

IBCS FIDELITY, INC.
944 GLENWOOD STATION, SUITE 104
CHARLOTTESVILLE, VA 22901

IBCS GROUP, INC.
944 GLENWOOD STATION LN. STE 104
CHARLOTTESVILLE, VA 22901

IBCS GROUP, INC.
944 GLENWOOD STATION LN, STE 104
CHARLOTTESVILLE, VA 22901

IBCS GROUP, INC.
944 GLENWOOD STATION LN. STE 104
CHARLOTTESVILLE, VA 22901

IBCS MINING, INC. KENTUCKY DIVISION
944 GLENWOOD STATION LN. STE 104
CHARLOTTESVILLE, VA 22901

IBCS MINING, INC. KENTUCKY DIVISION
944 GLENWOOD STATION LN. STE 104
CHARLOTTESVILLE, VA 22901

IBCS MINING, INC. KENTUCKY DIVISION
944 GLENWOOD STATION LN. STE 104
CHARLOTTESVILLE, VA 22901

IBCS Mining, Inc. -

IBCS MINING, INC. KENTUCKY DIVISION
944 GLENWOOD STATION LN. STE 104
CHARLOTTESVILLE, VA 22901

IBCS MINING, INC. KENTUCKY DIVISION
944 GLENWOOD STATION LN. STE 104
CHARLOTTESVILLE, VA 22901

IBCS MINING, INC. KENTUCKY DIVISION
944 GLENWOOD STATION LN. STE 104
CHARLOTTESVILLE, VA 22901

INTEGRATED ELECTRICAL SERVICES, INC
5433 WESTHEIMER, SUITE 500
HOUSTON, TX 77056

J&S CONSULTING, LLC
49695 STATE HWY 194 EAST
MAJESTIC, KY 41547

JAMES RIVER EQUIPMENT
98 EXPO RD
FISHERSVILLE, VA 22939

JOHN DEERE CONSTRUCTION & FORESTRY
C/O ELIZABETH LEE THOMPSON
250 W. MAIN ST, STE 2300
LEXINGTON, KY 40507

JOHN DEERE CONSTRUCTION & FORESTRY
C/O ELIZABETH LEE THOMPSON
250 W. MAIN ST, STE 2300
LEXINGTON, KY 40507

JOHN DEERE FINANCIAL
PO BOX 4450
CAROL STREAM, IL 60197-4450

JOHN OSTERBERG
2415 WINFIELD DRIVE
KISSIMMEE, FL 34743

KDS CONTRACTING
PO BOX 832
ALLEN, KY 41601

IBCS Mining, Inc. -

KENTUCKY EMPLOYERS MUTUAL INS. CO.
P.O. BOX 12500
LEXINGTON, KY 40583-2500

KEVIN SOULEYRETTE
393 BAYBERRY WAY
CHARLOTTESVILLE, VA 22911

LEBO COMMERCIAL PROPERTIES, INC.
684 BERKMAR CIR
CHARLOTTESVILLE, VA 22901

LEVINE & STIVERS, LLC
245 EAST VIRGINIA STREET
TALLAHASSEE, FL 32301

LIBERTY MUTUAL INSURANCE
PO BOX 2051
KEENE, NH 03431-7051

LOGAN CORPORATION
20 MCJUNKIN ROAD
NITRO, WV 25143

MAYHORN'S INC.
7109 N. MAYO TRAIL
PIKEVILLE, KY 41501

MCLANAHAN CORPORATION
PO BOX 229
HOLLIDAYSBURG, PA 16648

MERIDIAN CAPITAL VENTURES, LLC
68 WEST BAY ROAD GRAND CAYMAN
KY1-1003 P.O. BOX 10315

MICHAEL COLVIN
3297 RIDGE ROAD
PALMYRA, VA 22963

MICHIE HAMLETT
PO BOX 298
CHARLOTTESVILLE, VA 22902

IBCS Mining, Inc. -

MINERAL LABS, INC.
PO BOX 549
SALYERSVILLE, KY 41465


MOUNTAIN AGGREGATES, INC.
PO BOX 277103
ATLANTA, GA 30384


MOUNTAIN RECLAMATION & CONSTRUCTION
PO BOX 1091
PHELPS, KY 41553


MR COAL MARKETING & TRADING, LLC
ATTN: LANCE MEYER
5 GREENWAY PLAZA, SUITE 810
HOUSTON, TX 77046


NORSHIELD SECURITY PRODUCTS, LLC
3232 MOBILE HIGHWAY
MONTGOMERY, AL 36108


NORSHIELD SECURITY PRODUCTS, LLC
C/O RICHARD E HAGERTY
1850 TOWERS CRESCENT PLAZA, STE 500
VIENNA, VA 22182


PEOPLE'S UNITED EQUIPMENT FIN. CORP
1300 POST OAK BLVD., SUITE 1300
HOUSTON, TX 77056


PEOPLE'S UNITED EQUIPMENT FIN. CORP
1300 POST OAK BLVD., SUITE 1300
HOUSTON, TX 77056


PEOPLE'S UNITED EQUIPMENT FIN. CORP
1300 POST OAK BLVD., SUITE 1300
HOUSTON, TX 77056


PEOPLE'S UNITED EQUIPMENT FINANCE
PO BOX 181
BRATTLEBORO, VT 05302-0181


PIKE COUNTY SHERIFF
P.O. BOX 839
PIKEVILLE, KY 41502

IBCS Mining, Inc. -

PIKEVILLE MEDICAL CENTER
911 BYPASS ROAD
PIKEVILLE, KY 41501

POWERSCREEN MID-ATLANTIC
PO BOX 2505
KERNERSVILLE, NC 27285-2505

RICHARD ROGERS
2130 LADERA DRIVE
LINCOLN, CA 95648

ROBERT CRICK LAW FIRM PLLC
421 W. RIVERSIDE AVE., SUITE 1555
SPOKANE, WA 99201

SGS NORTH AMERICA INC. -MINERAL DIV
PO BOX 2502
CAROL STREAM, IL 60132-2502

SPECIALTY CHEMICALS OF KY, INC.
79 MCCOY BOTTOM
PHELPS, KY 41553

SPRING CREEK ENERGY
PO BOX 128
SUMMERSVILLE, WV 26651

STANDARD LABORATORIES, INC.
PO BOX 606
WHITESBURG, KY 41858

STRATTON LAW FIRMS
PO BOX 1530
PIKEVILLE, KY 41502

SUMMIT ENGINEERING, INC.
131 SUMMIT DRIVE
PIKEVILLE, KY 41501

TRI STATE LABATORY SERVICE, LLC
131 SUMMIT DRIVE
PIKEVILLE, KY 41501

IBCS Mining, Inc. -

```
UNITED HEALTHCARE INSURANCE
DEPT CH 10151
PALATINE, IL 60055-0151


VIRGINIA COMMUNITY BANK
114 INDUSTRIAL DRIVE, P.O. BOX 888
LOUISA, VA 23093


VIRGINIA COMMUNITY BANK
PO BOX 888
LOUISA, VA 23093


VIRGINIA COMMUNITY BANK
114 INDUSTRIAL DRIVE
P.O. BOX 888
LOUISA, VA 23093


VIRGINIA COMMUNITY BANK
114 INDUSTRIAL DRIVE
P.O. BOX 888
LOUISA, VA 23093


WELLS FARGO
WF 8113
PO BOX 1450
MINNEAPOLIS, MN 55485-8113


WELLS FARGO
WF 8113
PO BOX 1450
MINNEAPOLIS, MN 55485-8113


WILLIS OF TENNESSEE, INC.
P.O. BOX 905601
CHARLOTTE, NC 28290-5601
```

6/27/14 9:20AM

# United States Bankruptcy Court
## Western District of Virginia

In re  **IBCS Mining, Inc.**                                                    Case No.
Debtor(s)                                                    Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **IBCS Mining, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June 27, 2014** | **/s/ Robert S. Westermann** |
| Date | **Robert S. Westermann 43294** |
| | Signature of Attorney or Litigant |
| | Counsel for  **IBCS Mining, Inc.** |
| | **Hirschler Fleischer, P.C.** |
| | **The Edgeworth Building** |
| | **P.O. Box 500** |
| | **Richmond, VA 23218-0500** |
| | **804-771-9500 Fax:804-644-0957** |
| | **rmcburney@hf-law.com** |