Form 12  01/01

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| IBCS Mining, Inc. | ) | Case No.   14-61215 |
| IBCS Mining, Inc. Kentucky Division | ) | Case No.   14-61216 |
| | ) | Chapter   11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## APPOINTMENT OF UNSECURED CREDITORS COMMITTEE

A petition in the above case has been filed under chapter 11 of the bankruptcy code and an order for relief has been entered.  Pursuant to 11 U.S.C. § 1102, the following creditors are hereby appointed by the United States Trustee to serve on the Unsecured Creditors Committee:

R. Thomas Hopkins, VP
Virginia Community Bank
P.O. Box 888
Louisa, VA 23093

Timothy M. Campoy, President
Environmental Design Consultants, Inc.
43 Village Street
Pikeville, KY 41501

Date:   July 17, 2014

JUDY A. ROBBINS
United States Trustee for Region 4

By:  /s/ *Margaret K. Garber*
         Margaret K. Garber

Office of the U.S. Trustee
First Campbell Square Building
210 First Street, Suite 505
Roanoke, VA 24011
Tel 540-857-2806

**CERTIFICATE OF SERVICE**

I certify that true copies of the foregoing Appointment were mailed to the debtor, counsel for the debtor, and all appointed creditors listed above, on the date set out below.

Date:  July 17, 2014                                              By: */s/ Margaret K. Garber*
                                                                            Margaret K. Garber