**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division**

In re:

IBCS Mining, Inc., et al.[1]

Debtors.

Chapter 11
Case No. 14-61215
Jointly Administered

## AFFIDAVIT OF SERVICE

I, Rachel A. Greenleaf, state as follows:

1. I am employed by Hirschler Fleischer, P.C., counsel for the Debtors and Debtors-in-Possession.

2. I am over eighteen years of age and am not a party to the above-captioned action.

3. I believe the statements contained herein are true based on my personal knowledge.

4. On July 17, 2014, the Debtors filed the following motions (the "**Motions**"):

   (1) Debtors' Motion for Entry of an Order Setting an Expedited Hearing and Related Relief;

   (2) Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Obtain Limited Post-Petition Date Financing Pursuant to 11 U.S.C. §§ 105, 364(c)(1), and 364(e); and (II) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(B) and (C);

   (3) Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter into Contract Mining Agreements; and

   (4) Debtors' Motion for Entry of Interim and Final Orders Authorizing Payment of Certain Prepetition Claims of Critical Vendors.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: IBCS Mining, Inc., (8425) and IBCS Mining, Inc., Kentucky Division (8711). The location of the Debtors' service address is 944 Glen Wood Station Lane, Suite 101, Charlottesville, Virginia 22901.

5.  On July 17, 2014, the Debtors filed the *Notice of Motions and Proposed Hearing Thereon* (the "**Notice**").

6.  On July 17, 2014, copies of the Motions and the Notice were served on the parties identified in **Exhibit A**, and at the addresses shown thereon and via the modes of service indicated thereon. On July 17, 2014, copies of the Notice were served on the parties identified in **Exhibit B**, and at the addresses shown thereon and via the modes of service indicated thereon.

7.  To the best of my knowledge, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 17, 2014                            By: /s/ Rachel A. Greenleaf
                                                    Counsel

                                                Robert S. Westermann (VSB No. 43294)
                                                Rachel A. Greenleaf (VSB No. 83938)
                                                HIRSCHLER FLEISCHER, P.C.
                                                The Edgeworth Building
                                                2100 East Cary Street
                                                Post Office Box 500
                                                Richmond, Virginia 23218-0500
                                                Telephone:  (804) 771-9500
                                                Facsimile:   (804) 644-0957
                                                E-mail: rwestermann@hf-law.com
                                                        rgreenleaf@hf-law.com

                                                *Counsel for the Debtors
                                                and Debtors-in-Possession*

# EXHIBIT A

On July 17, 2014, copies of the Motions and Notice were served by electronic mail upon the following parties:

| | | |
|---|---|---|
| Wells Fargo Bank Northwest<br>c/o Stephen Claffey<br>Jay Jaffe<br>Faegre Baker Daniels LLP<br>steve.claffey@FaegreBD.com<br>jay.jaffe@FaegreBD.com<br>600 E. 96th Street, Suite 600<br>Indianapolis, Indiana 46240-3789 | Wells Fargo Bank Northwest:<br>Bruce H. Matson<br>Christopher L. Perkins<br>Christian K. Vogel<br>LeClairRyan, A Professional Corporation<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219<br>bruce.matson@leclairryan.com<br>christopher.perkins@leclairryan.com<br>christian.vogel@leclairryan.com | John Deere<br>c/o Elizabeth Lee Thompson<br>STITES&HARBISON PLLC<br>250 West Main Street, Suite 2300,<br>Lexington, KY 40507-1758<br>ethompson@stites.com |
| John Deere Construction & Forestry Company:<br>Kimberly A. Taylor<br>Kepley Broscious & Biggs, PLC<br>2211 Pump Road<br>Richmond, VA 23233<br>ktaylor@kbbplc.com | Virginia Community Bank<br>c/o Sean Gregg<br>P.O. Box 1300<br>Orange, Virginia 22960<br>sdgregg@sdgregglaw.com | Virginia Community Bank<br>Dale A. Davenport<br>Beth C. Driver<br>Hoover Penrod PLC<br>342 South Main Street<br>Harrisonburg, VA 22801<br>ddavenport@hooverpenrod.com<br>bdriver@hooverpenrod.com |
| People's United Equipment Finance:<br>c/o Robert Grawl, Jr.<br>Vice President and Assistant General Counsel<br>People's United Equipment Finance Corp.<br>1300 Post Oak Blvd. Suite 1300<br>Houston, Texas 77056<br>bgrawl@financialfederal.com | People's United Equipment Finance:<br>Loc Pfeiffer<br>Kutak Rock LLP<br>1111 East Main Street, Suite 800<br>Richmond, VA 23219-3500<br>loc.pfeiffer@kutakrock.com | BB&T:<br>c/o Peter Pearl<br>Spilman Thomas and Battle PLLC<br>310 First Street, Suite 1100<br>Roanoke, VA 24011<br>ppearl@spilmanlaw.com |
| Norshield Security Products<br>S. Mohsin Reza<br>Troutman Sanders LLP<br>1600 International Drive<br>Suite 600<br>McClean, VA 22102<br>mohsin.reza@troutmansanders.com | Norshield Security Products, LLC<br>Joseph J. Minock<br>Troutman Sanders LLP<br>Troutman Sanders Building<br>1001 Haxall Point, PO Box 1122<br>Richmond, VA 23218-1122<br>joseph.minock@troutmansanders.com | Norshield Security Products<br>c/o Richard E. Hagerty, Esq.<br>Troutman Sanders LLP<br>1600 International Drive<br>Suite 600<br>McClean, VA 22102<br>richard.hagerty@troutmansanders.com |
| Virginia Electric and Power Company<br>c/o Aaron G. McCullough<br>McGuireWoods<br>77 West Wacker Drive<br>Suite 4100<br>Chicago, IL 60601-1818<br>amccollough@mcguirewoods.com | Callidus Capital Corporation<br>Scott Kroner, PLC.<br>c/o W. Stephen Scott, Esquire<br>P. O. Box 2737<br>418 E. Water St.<br>Charlottesville, VA 22902<br>wscott@scottkroner.com | Office of The United States Trustee<br>First Campbell Square Building<br>210 First Street, SW<br>Suite 505<br>Roanoke, VA 24011<br>Margaret.K.Garber@usdoj.gov<br>Joel.Charboneau@usdoj.gov |

| | | |
|---|---|---|
| Mullins Mortgage<br>c/o Cory Vicars<br>coryvicars@yahoo.com | Beacon Equipment Leasing and Atlantic Powerscreen<br>c/o Jonathan D. Keeler<br>Wyatt Early Harris Wheeler<br>PO Drawer 2086<br>1912 Eastchester Drive Suite 400<br>High Point, NC 27261<br>jkeeler@wehwlaw.com | Robert H. Chappell III<br>Timothy G. Moore<br>Jennifer J. West<br>Spotts Fain PC<br>411 East Franklin Street, Suite 600<br>Richmond, VA  23219<br>rchappell@spottsfain.com<br>tmoore@spottsfain.com<br>jwest@spottsfain.com |
| Ross Mabery, Esquire<br>3400 West Kennedy Blvd.<br>Tampa, FL  33609<br>ross@grumanlaw.com | Edmund Scarborough<br>6850 CR 544 East<br>Haines City, FL  33845<br>ecs@ibcs.com | Patricia Burgess<br>Frost Brown & Todd<br>Lexington Financial Center<br>250 West Main Street, Suite 2800<br>Lexington, KY  40507-1749<br>pburgess@fbtlaw.com |

# EXHIBIT B

On July 17, 2014, copies of the Notice were served via first-class mail upon the following parties:

| | | |
|---|---|---|
| AMERICAN CRUSHERS & SCREENS LLC<br>PO BOX 708<br>SILER CITY, NC 27344 | BB&T BANK<br>BB&T ITEM PROCESSING CENTER<br>PO BOX 580048<br>CHARLOTTE, NC 28258-0048 | CONTRACTING ENTERPRISE, INC.<br>PO BOX 1013<br>POUND, VA 24279 |
| CGS HOLDINGS, LLC<br>121 N POST OAK LN<br>HOUSTON, TX 77024-0000 | DUANE MORRIS, LLP<br>ATTN: PAYMENT PROCESSING<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4196 | EDMUND AND YVONNE SCARBOROUGH<br>6850 CR 544 EAST<br>HAINES CITY, FL 33845 |
| ENVIRONMENTAL DESIGN CONSULTANTS<br>43 VILLAGE STREET<br>PIKEVILLE, KY 41501-3266 | FIRST CITIZENS BANK<br>2101 DOMINION DR<br>CHARLOTTESVILLE, VA 22901 | HOLLAND & KNIGHT LLP<br>PO BOX 864084<br>ORLANDO, FL 32886-4084 |
| J&S CONSULTING, LLC<br>49695 STATE HWY 194 EAST<br>MAJESTIC, KY 41547 | JAMES RIVER EQUIPMENT<br>98 EXPO RD<br>FISHERSVILLE, VA 22939 | JOHN DEERE FINANCIAL<br>PO BOX 4450<br>CAROL STREAM, IL 60197-4450 |
| KDS CONTRACTING<br>PO BOX 832<br>ALLEN, KY 41601 | MR COAL MARKETING & TRADING, LLC<br>ATTN: LANCE MEYER<br>5 GREENWAY PLAZA, SUITE 810<br>HOUSTON, TX 77046 | MICHIE HAMLETT<br>PO BOX 298<br>CHARLOTTESVILLE, VA 22902 |
| NORSHIELD SECURITY PRODUCTS, LLC<br>C/O RICHARD E HAGERTY<br>1850 TOWERS CRESCENT PLAZA, STE 500<br>VIENNA, VA 22182 | PEOPLE'S UNITED EQUIPMENT FINANCE<br>PO BOX 181<br>BRATTLEBORO, VT 05302-0181 | POWERSCREEN MID-ATLANTIC<br>PO BOX 2505<br>KERNERSVILLE, NC 27285-2505 |
| ROBERT CRICK LAW FIRM PLLC<br>421 W. RIVERSIDE AVE., SUITE 1555<br>SPOKANE, WA 99201 | SUMMIT ENGINEERING, INC.<br>131 SUMMIT DRIVE<br>PIKEVILLE, KY 41501 | WILLIS OF TENNESSEE, INC.<br>P.O. BOX 905601<br>CHARLOTTE, NC 28290-5601 |

| | | |
|---|---|---|
| APPALACHIAN STATES ANALYTICAL LLC<br>147 ELEVENTH AVE SUITE 100<br>CHARLESTON, WV 25303 | ART'S RENTAL EQUIPMENT & SUPPLY INC<br>215 EAST SIXTH ST<br>NEWPORT, KY 41071 | BB&T<br>BB&T ITEM PROCESSING CENTER<br>PO BOX 580048<br>CHARLOTTE, NC 28258-0048 |
| BB&T<br>C/O BRITTENY N. JENKINS<br>P.O. BOX 90<br>ROANOKE, VA 24002 | CT CORPORATION<br>PO BX 4349<br>CAROL STREAM, IL 60197-4349 | FIRST CITIZENS BANK<br>2101 DOMINION DR<br>CHARLOTTESVILLE, VA 22901 |
| JOHN DEERE CONSTRUCTION & FORESTRY<br>C/O ELIZABETH LEE THOMPSON<br>250 W. MAIN ST, STE 2300<br>LEXINGTON, KY 40507 | JOHN DEERE FINANCIAL<br>PO BOX 4450<br>CAROL STREAM, IL 60197-4450 | LOWE'S BUSINESS ACCOUNT<br>PO BOX 530970<br>ATLANTA, GA 30353-0970 |
| NORMAN MULLINS<br>348 ASCUE DRIVE<br>CEDAR BLUFF, VA 24609 | Atlas Copco<br>7 Campus Drive, Suite 200<br>Parsippany, NY 07054 | NORSHIELD SECURITY PRODUCTS, LLC<br>C/O RICHARD E HAGERTY<br>1850 TOWERS CRESCENT PLAZA, STE 500<br>VIENNA, VA 22182 |
| ROGERS PETROLEUM SERVICES, INC.<br>PO BOX 162<br>PIKEVILLE, KY 41501-0162 | SAVAGE TRUCKING<br>901 W. LEGACY CENTER WAY<br>MIDVALE, UT 84047 | TREY K ELECTRIC<br>PO BX 235<br>KIMPER, KY 41539 |
| VIRGINIA COMMUNITY BANK<br>PO BOX 888<br>LOUISA, VA 23093 | WILLIAMS BROS COAL CO., INC.<br>258 CANTRELL ROAD<br>MOUTHCARD, KY 41548 | INTERNAL REVENUE SERVICE (IRS)<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114-0326 |
| US Environmental Protection Agency<br>Attn: Gina McCarthy, Administrator<br>Environmental Protection Agency<br>Office of the Administrator, 1101A<br>1200 Pennsylvania Avenue, N.W.<br>Washington, DC 20460 | KENTUCKY DEPARTMENT OF ENVIRONMENTAL PROTECTION<br>300 FAIR OAKS LANE<br>FRANKFORT KY 40601 | Virginia Department of Taxation<br>c/o Craig Burns, Commissioner<br>1957 Westmoreland Street<br>Richmond, VA 23230-0000 |
| Kentucky Department of Revenue<br>c/o Thomas B. Miller, Commissioner<br>501 High Street<br>Frankfort, Kentucky 40601-2103 | US DEPT OF INTERIOR, OFFICE OF SURFACE MINING RECLAMATION & ENFORCEMENT<br>c/o Joseph Pizarchik<br>1951 CONSTITUTION AVENUE NW WASHINGTON DC 20240 | Delaware Division of Revenue<br>Attn: Patrick T. Carter, Director<br>Division of Revenue<br>820 N. French Street<br>Wilmington, DE 19801 |

| Virginia Electric and Power Company<br>C/O CT CORPORATION SYSTEM<br>4701 COX ROAD, SUITE 285<br>GLEN ALLEN VA 23060 | Century Link<br>PO Box 4786<br>Monroe LA 71211 | CENTRAL TELEPHONE COMPANY OF VIRGINIA<br>C/O CT CORPORATION SYSTEM<br>4701 COX ROAD, SUITE 285<br>GLEN ALLEN VA 23060 |
|---|---|---|

5945046-1  038851.00013